In the Matter of Acquiring Title by THE CITY OF NEW YORK to Certain Real Property Extending Northerly from Eastern Boulevard and Ferris Avenue to the Westerly Pier and Bulkhead Line of the Hutchinson River Near Allerton Avenue for the Hutchinson River Parkway Extension and a Site Bounded by Edison Avenue, Waterbury Avenue, Bradford Avenue, and LaSalle Avenue as a Public Park in the Borough of Bronx, City of New York, etc. GEORGE BARNECOTT. ALEX KATZ and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

PARAGON PLUMBING SUPPLY CORP. v. JOMAT REALTY CORP. and Others and JAMES AMADEI, as Trustee in Bankruptcy, etc., and HEATING & PLUMBING FINANCE CORP.— Motion for reargument or for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal, upon appellants' filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE FULNAU CORP. v. JAMES J. SEXTON and Others, etc., as Commissioners of Taxes and Assessments of the City of New York.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

ANDREW DITMAR v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

JACOB SLADE and Another v. JACOB STREINER and Others.— Motion for leave to appeal to the Court of Appeals and for other relief denied, with ten dollars costs, with leave to the defendants to answer within ten days after service of order, on payment of said costs and the costs awarded by the order of this court entered February 27, 1942 [ante, p. 948]. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

THIRD AVENUE RAILWAY COMPANY and Others v. CENTRAL HANOVER BANK AND TRUST COMPANY, as Trustee, etc., and Others, and DEBORAH HANFT and GUSTAVE G. KOPPEL.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

DANIEL DE GORTER and HENRI WILD, Assignees of BANQUE NATIONALE DE BELGIQUE, v. BANQUE DE FRANCE.— Motion for stay pending appeal to the Supreme Court of the United States and for extension of time to answer until after determination of said appeal denied, with leave to the defendant to answer within ten days after service of order with notice of entry thereof. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.